7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

*In Re:* Tonya Sue Young
*Debtor*

**Discover Bank**
    Plaintiff(s)

v.

**Tonya Sue Young**
    Defendant(s)

*Bankruptcy Case No.*
13–21189–drd7

*Adversary Case No.*
13–02045–drd

# JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: Discover Bank shall have judgment against Tonya Sue Young in the amount of $4,068.32 and such judgment is non–dischargeable. Execution on such judgment is STAYED through April 30, 2014. If Tonya Sue Young shall pay to Discover Bank the sum of $2,180.66 on or before April 30, 2014, then this Judgment shall be fully satisfied, and Plaintiff shall file Satisfaction on the records of this Court promptly thereafter. If such payment is not timely made, then execution may issue upon this Judgment.



Ann Thompson
Court Executive

By: /s/ Kim McClanahan
    Deputy Clerk

Date of issuance: 1/24/14

Court to serve